# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimlien Thi Tong, | Case No. 24-cv-2679 (DWF/DJF) |
|     Plaintiff, | |
| v. | |
| Best Buy Co., Inc. and Midea America, Corp., | |
|     Defendants. | |

---

| | |
|---|---|
| Andrew Rice, | Case No. 25-cv-439 (DWF/DJF) |
|     Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
|     Defendant. | |

---

| | |
|---|---|
| Jose Galvez, | Case No. 25-cv-440 (DWF/DJF) |
|     Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
|     Defendant. | |

---

| | |
|---|---|
| Nierra Rosilla, | Case No. 25-cv-441 (DWF/DJF) |
|     Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
|     Defendant. | |

| | |
|---|---|
| Antoinette Castano, | Case No. 25-cv-442 (DWF/DJF) |
| Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |
| Brooke Riley, | Case No. 25-cv-443 (DWF/DJF) |
| Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |
| Mallani Ferrer, | Case No. 25-cv-444 (DWF/DJF) |
| Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |
| Hanniya Qureshi, | Case No. 25-cv-446 (DWF/DJF) |
| Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |

| | |
|---|---|
| H.G. and Shacora Dudley, | Case No. 25-cv-447 (DWF/DJF) |
| Plaintiffs, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |

| | |
|---|---|
| Richard Earnest Peek, | Case No. 25-cv-2990 (DWF/DJF) |
| Plaintiff, | |
| v. | |
| Best Buy Co., Inc., | |
| Defendant. | |

**AMENDED ORDER OF CONSOLIDATION**

The Court previously entered an Order of Consolidation pursuant to Federal Rule of Civil Procedure 42(a) for all the above-captioned cases except the last one ("Previously Consolidated Cases"), on the grounds that they raise common issues of fact or law[1], consolidation would help streamline pre-trial procedures, and consolidation would not lead to inefficiency or prejudice the parties. (*See* ECF No. 24.) After the Court filed the Order of Consolidation, on July 24, 2025, Plaintiff Richard Earnest Peek filed a Complaint raising issues of fact and law that are similar to those raised in the Previously Consolidated Cases. (*See* ECF No. 1 at 3, alleging injuries resulting

---

[1] In all the cases, the Plaintiffs allege injuries arising from use of an "Insignia 8 Qt Multi-Function Pressure Cooker, which specifically includes the Model Number NS-MC80SS9," and name Best Buy Co., Inc. as a defendant. (*See* ECF No. 24.)

3

from an "Insignia 8 Qt Multi-Function Pressure Cooker, specifically including Model Number NS-MC80SS9", and naming Best Buy Co., Inc. as a defendant.)  The Court concludes that consolidating this action with the Previously Consolidated Cases for purposes of pretrial management, discovery, and motion practice related to such discovery will facilitate a more efficient discovery process, promote more orderly case management, and avoid unnecessary cost or delay.  The Court further concludes that consolidation for the purposes of pretrial management, discovery and motion practice related to such discovery will not lead to inefficiency, inconvenience, or unfair prejudice to any party.  See Fed. R. Civ. P. 42(b).  Therefore, the Court amends its previous Order of Consolidation (ECF No. 24) to add *Peek v. Best Buy Co., Inc.*, No. 25-cv-2990 (DWF/DJF).

The Court filed a Pretrial Scheduling Order applicable to the Previously Consolidated Cases on May 5, 2025, *see Tong v. Best Buy Co., Inc.*, No. 24-cv-2679 (DWF/DJF) (ECF No. 33), which shall also apply to *Peek*.  The parties may file a motion to extend the pretrial deadlines previously set forth that scheduling order, if necessary, in light of the addition of *Peek* to the consolidated proceedings.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** *Tong v. Best Buy Co., Inc.*, No. 24-cv-2679 (DWF/DJF); *Rice v. Best Buy Co., Inc.*, No. 25-cv-439 (DWF/DJF); *Galvez v. Best Buy Co., Inc.*, No. 25-cv-440 (DWF/DJF); *Rosilla v. Best Buy Co., Inc.*, No. 25-cv-441 (DWF/DJF); *Castano v. Best Buy Co., Inc.*, No. 25-cv-442 (DWF/DJF); *Riley v. Best Buy Co., Inc.*, No. 25-cv-443 (DWF/DJF); *Ferrer v. Best Buy Co., Inc.*, No. 25-cv-444 (DWF/DJF); *Qureshi v. Best Buy Co., Inc.*, No. 25-cv-446 (DWF/DJF); *H.G. v. Best Buy Co., Inc.*, No. 25-cv-447 (DWF/DJF); and *Peek v. Best Buy Co.,*

*Inc.*, No. 25-cv-2990 (DWF/DJF) (collectively, the "Cases") shall be consolidated for pretrial purposes only as follows:

1. The Cases are hereby consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes except as set forth in paragraph 2 below;

2. This Order does not consolidate the pleadings (complaints, answers or counterclaims), motions related to pleadings or pleading amendments, dispositive motions as defined by Local Rule 7.1(c)(6), motions *in limine*, or the trials in these actions ("Non-Consolidated Proceedings");

3. The Cases are not hereby merged into one case, and except as provided herein, each of the Cases retains its individual case identity, with the parties in each of the Cases retaining all their separate rights under applicable rules and law;

4. Except for Non-Consolidated Proceedings as set forth in paragraph 2 above, or as otherwise ordered, all motions, submissions and other documents to be filed with the Court shall have a caption stating both the caption and case number of *Tong v. Best Buy Co., Inc.*, No. 24-cv-2679 (DWF/DJF) (appearing first); *Rice v. Best Buy Co., Inc.*, No. 25-cv-439 (DWF/DJF) (appearing second); *Galvez v. Best Buy Co., Inc.*, No. 25-cv-440 (DWF/DJF) (appearing third); *Rosilla v. Best Buy Co., Inc.*, No. 25-cv-441 (DWF/DJF) (appearing fourth); *Castano v. Best Buy Co., Inc.*, No. 25-cv-442 (DWF/DJF) (appearing fifth); *Riley v. Best Buy Co., Inc.*, No. 25-cv-443 (DWF/DJF) (appearing sixth); *Ferrer v. Best Buy Co., Inc.*, No. 25-cv-444 (DWF/DJF) (appearing seventh); *Qureshi v. Best Buy Co., Inc.*, No. 25-cv-446 (DWF/DJF) (appearing eighth); *H.G. v. Best Buy Co., Inc.*, No. 25-cv-447 (DWF/DJF) (appearing ninth); *Peek v. Best Buy Co., Inc.*, No. 25-cv-2990

(DWF/DJF) (appearing tenth), **and shall be filed only in the lead case, *Tong v. Best Buy Co., Inc.*, No. 24-cv-2679 (DWF/DJF)**; and

5. Parties shall file motions, submissions and other documents related to any Non-Consolidated Proceedings solely in the action and under the case caption to which the Non-Consolidated Proceedings relate.

Date: August 21, 2025         *s/ Dulce J. Foster*
                              Dulce J. Foster
                              United States Magistrate Judge